IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES TOMLINSON,** | ) | **CASE NO. 8:08CV176** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **OMAHA STEEL CASTINGS CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time. The Plaintiff requests an extension of time to file his response to Defendant's Motion for Summary Judgment, from April 20, 2009, until May 4, 2009. Plaintiff's counsel notified chambers that Defendant's counsel has been contacted and has no objection to the requested enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 32) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment (Filing No. 28) by filing his brief and index of evidence, if any, on or before May 4, 2009.

DATED this 21st day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge