IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMLINSON, | ) | Case No. 8:08cv176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OMAHA STEEL CASTING CO., | ) | |
| | ) | |
| Defendant. | ) | |

Upon agreement reached by the parties during a settlement conference with the undersigned on July 1, 2009,

**IT IS ORDERED:**

1.  On or before **August 1, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Circuit Judge William J. Riley, at kschneiss@ca8.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The final pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 2nd day of July 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge