IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMLINSON, | ) | CASE NO.: 8:08CV176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| OMAHA STEEL CASTINGS, CO., | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, James Tomlinson ("Plaintiff") and Omaha Steel Castings Co. ("Defendant"), by and through their undersigned counsel, and stipulate that Plaintiff's Complaint against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorneys fees.

| | |
|---|---|
| JAMES TOMLINSON, Plaintiff | OMAHA STEEL CASTINGS CO., Defendant |
| | |
| /s/ Patrick A. McCormick | /s/ Cristin McGarry Berkhausen |
| Patrick A. McCormick, #22450 | Robert F. Rossiter, Jr., #16650 |
| 319 South 17th Street, Suite 700 | Cristin McGarry Berkhausen, #23788 |
| Omaha, NE 68102 | FRASER STRYKER PC LLO |
| (402) 498-2777 | 500 Energy Plaza |
| ATTORNEY FOR PLAINTIFF | 409 South 17th Street |
| | Omaha, NE 68102 |
| | (402) 341-6000 |
| | ATTORNEYS FOR DEFENDANT |

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick A. McCormick
319 South 17th Street, Suite 700
Omaha, NE 68102

    /s/ Cristin McGarry Berkhausen

W-513965.01