IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMLINSON, | ) | CASE NO. 8:08CV176 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| OMAHA STEEL CASTINGS CO., | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court pursuant to the parties' Joint Stipulation for Dismissal. After consideration of same,

IT IS ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice, with each party to bear their own costs and attorneys fees.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
Sitting by Designation